NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000099
28-JUL-2016
07:49 AM**

NO. CAAP-16-0000099

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RODNEY K. ADCOCK, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 11-1-0101(4))

ORDER APPROVING THE JULY 25, 2016
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal,"[1] filed by Defendant-Appellant Rodney K. Adcock, on July 25, 2016, the papers in support and the record,

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal in Case No. CAAP-16-0000099 is dismissed.

DATED: Honolulu, Hawaiʻi, July 28, 2016.

Chief Judge

Associate Judge

Associate Judge

---

[1] The appeal is from an Order Denying Defendant's Motion to Modify Terms and Conditions of Probation, issued by the Honorable Richard J. Bissen, Jr.